UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WESTCHESTER PUTNAM COUNTIES HEAVY AND HIGHWAY LABORERS BENEFIT FUNDS, Derivatively On Behalf of Nominal Defendant AMERICAN INTERNATIONAL GROUP, INC., <br><br>     Plaintiff,<br><br>     vs.<br><br>MARTIN J. SULLIVAN, STEVEN J. BENSINGER, JOSEPH CASSANO, ROBERT LEWIS, STEPHEN F. BOLLENBACH, MARTIN S. FELDSTEIN, ELLEN V. FUTTER, RICHARD C. HOLBROOKE, FRED H. LANGHAMMER, GEORGE L. MILES, JR., MORRIS W. OFFIT, JAMES F. ORR, III, VIRGINIA M. ROMETTY, MICHAEL H. SUTTON, EDMUND S. W. TSE, ROBERT M. WILLUMSTAD, MARSHALL A. COHEN, STEPHEN L. HAMMERMAN, and FRANK G. ZARB,<br><br>     Defendants,<br><br>     and<br><br>AMERICAN INTERNATIONAL GROUP, INC.,<br><br>     Nominal Defendant. | Civil Action No. 08-CV-5240 |

**NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)**

Plaintiff Westchester Putnam Counties Heavy And Highway Laborers Benefit Funds, by its attorneys, hereby voluntarily dismiss the above-captioned action, without prejudice, pursuant to Fed. R. Civ. P. Rule 41(a)(1). Defendants have not filed or served an answer nor moved for summary judgment in this action. Plaintiff does not intend by this voluntary dismissal to waive its right to participate and recover as a class member or shareholder in any action.

Dated:   August 27, 2008

LAW OFFICES OF CURTIS V. TRINKO, LLP

By: /s/ Curtis V. Trinko
Curtis V. Trinko (CT1838)
Wai K. Chan (WC-0743)
16 West 46th Street, 7th Floor
New York, New York 10036
Tel: (212) 490-9550
Fax: (212) 986-0158
Email: Ctrinko@trinko.com

SAXENA WHITE P.A.
Maya Saxena
Joseph E. White, III
Christopher S. Jones
Lester R. Hooker
2424 North Federal Highway
Suite 257
Boca Raton, FL 33431
Tel: (561) 394-3399
Fax: (561) 394-3082

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Curtis V. Trinko, certify that I caused a true and correct copy of the Notice Of Voluntary Dismissal Without Prejudice Pursuant To Fed. R. Civ. P. 41(a)(1) to be served by postage pre-paid first class mail on the attorneys listed below in this date:

**Simpson Thatcher & Bartlett LLP**
James Gambel
Timothy J. Cornell
425 Lexington Avenue
New York, New York 10017

*Attorneys for Defendants Marshall A. Cohen, Martin D. Feldstein, Ellen V. Futter, Richard C. Holbrooke, Frank G. Zarb, Stephen L. Hammerman, George L. Miles, Morris W. Offit, Michael H. Sutton, Fred H. Langhammer, James F. Orr, Virginia M. Rometty and Robert B. Willumstad*

**Weil Gotshal & Manges LLP**
Joseph S. Allerhand
Robert F. Carangelo
Kathleen E. Murphy
767 Fifth Avenue
New York, New York 10153

*Attorneys Steven J. Bensinger, William N. Dooley, Frederick W. Geissinger, Elias F. Habayeb, Robert E. Lewis, Win J. Nueger, Brian T. Schrieber, Martin J. Sullivan, Edmund S. W. Tse, Frank G. Wisner*

and

*Nominal Defendant American International Group, Inc.*

Dated: August 27, 2008

                                                               /s/ Curtis V. Trinko
                                                                Curtis V. Trinko